# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KARL MITCHELL AND KAYLA MITCHELL,

Plaintiffs

v.

NYE COUNTY SHERIFF'S OFFICE, et al.,

Defendants

Case No.: 2:20-cv-00086-APG-VCF

**Order Unsealing Document and Denying Motion to Strike as Moot**

[ECF Nos. 26, 29]

Plaintiffs Karl Mitchell and Kayla Mitchell filed an ex parte emergency motion for a temporary protection order. ECF No. 24. I denied that motion on February 19, 2020. ECF No. 25. I sealed that order in case the Mitchells could explain why they filed their motion ex parte. Apparently, however, the clerk of the court did not serve my order on the Mitchells' counsel, so she is not aware that I denied the motion. Subsequently, it appears that the defendants received a copy of the ex parte motion. *See, e.g.*, ECF No. 26 (showing the defendants are aware of the motion). There is no need to keep my order under seal so I will order it unsealed.

The defendants have moved to strike the Mitchells' ex parte motion. ECF No. 26. Because I have already denied the Mitchells' motion, the motion to strike is moot.

I THEREFORE ORDER that the parties' joint motion to see my prior order **(ECF No. 29) is GRANTED**. The clerk of the court is directed to **unseal ECF No. 25**.

I FURTHER ORDER that the defendants' motion to strike **(ECF No. 26) is DENIED as moot**.

DATED this 5th day of March, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE