|   | |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE DISTRICT OF NEVADA |

| | |
|---|---|
| KARL MITCHELL, an individual and KAYLA MITCHELL, an individual,<br><br>　　Plaintiffs,<br><br>vs.<br><br>NYE COUNTY, a political subdivision of the State of Nevada, NYE COUNTY SHERIFF'S OFFICE, a municipal entity of Nye County, HARRY WILLIAMS, in his official capacity as an employee of Nye County, SUSAN RYHAL, in her official capacity as an employee of Nye County, SHARON WEHRLY, in her official capacity as an employee of Nye County, and DOES 1-10,<br><br>　　Defendants.<br>_____/ | Case No.: 2:20-cv-00086-APG-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (First Request)** |

　　IT IS HEREBY STIPULATED by and between Plaintiffs by and through their counsel, Arlette P. Newvine, Esq., and Defendant by and through its counsel, Brent L. Ryman, Esq. and Craig Smith, Esq., of Erickson, Thorpe and Swainston, Ltd., that Defendant

///

///

1

be granted a one week-extension up to and including March 30, 2020, to file their Opposition to Plaintiff's Motion for Preliminary Injunction.

DATED this 23rd day March, 2020.

                                          ERICKSON, THORPE & SWAINSTON, LTD.

                                          /s/ Brent L. Ryman
                                        BRENT L. RYMAN, ESQ. (#008648)
                                        CRAIG SMITH, ESQ. (#0013585)
                                        *Attorneys for Defendant Nye County*

DATED this 23rd day March, 2020.

                                          NEWVINE LAW, LLC

                                          /s/ Arlette P. Newvine
                                        Arlette P. Newvine, Esq. (#14613)
                                        *Attorneys for Plaintiffs*

                                    * * * * * * *

IT IS SO ORDERED.

Dated: March 31, 2020.

                                        ANDREW P. GORDON
                                        UNITED STATES DISTRICT JUDGE