Arlette P Newvine, Esq.
Nevada Bar No. 14613
Newvine Law, LLC
PO Box 6377
Pahrump, Nevada 89041
Telephone: (775) 513-1040
anewvine@newvinelaw.com
Attorney for Plaintiffs

The undersigned does hereby affirm that this document does not contain the social security number of any person.

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KARL MITCHELL, an individual and KAYLA MITCHELL, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>NYE COUNTY, NEVADA, a political subdivision of the State of Nevada, NYE COUNTY SHERIFF'S OFFICE, a municipal entity of Nye County, HARRY WILLIAMS, in his official capacity as an employee of Nye County, SUSAN RYHAL, in her official capacity as an employee of Nye County SHARON WEHRLY, in her official capacity as an employee of Nye County, and DOES 1-10,<br><br>Defendants. | Case No: 2:20-cv-00086-APG-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINITFFS OPPOSITION TO DEFENDANTS MOTION TO DISMISS AND MOTION TO STAY** |

IT IS HEREBY STIPULATED by and between Plaintiffs by and through their counsel, Arlette P. Newvine, Esq., and Defendant by and through its counsel, Brent L. Ryman, Esq. and Craig Smith, Esq., of Erickson, Thorpe and Swainston, Ltd., that Plaintiffs be granted a one week-extension up to an including April 20th, 2020, to file their Oppositions to Defendants' Motion to Dismiss and Motion to Stay Discovery.

1

| | |
|---|---|
| 1 | Executed on this 9 day of April, 2020. |
| 2 | NEWVINE LAW, LLC |
| 3 | /s/Arlette P Newvine<br>Arlette P Newinve, Esq (#14613) |
| 4 | *Attorney for Plaintiffs* |

Executed on this 9 day of April, 2020.

ERICKSON, THORPE & SWAINSTON, LTD

/s/Brent L Ryman
Brent L Ryman, Esq (#008648)
*Attorney for Defendants*

******

IT IS SO ORDERED.

Dated: April 10, 2020.

_____
ANDREW P GORDON
UNITED STATES DISTRICT JUDGE