**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

KARL MITCHELL, *et al.*,

    Plaintiffs,

vs.

NYE COUNTY, NEVADA, *et al.*,

    Defendants.

2:20-cv-00086-APG-VCF

**ORDER**

    Before the Court is *Karl Mitchell, et al. v. Nye County, Nevada, et al.*, case number 2:20-cv-00086-APG-VCF.

    The motion to dismiss has been resolved in this matter. (ECF NO. 51).

    Accordingly,

    IT IS HEREBY ORDERED that the parties must file a proposed discovery plan and scheduling order on or before June 11, 2020.

    DATED this 19th day of May, 2020.

                                                          CAM FERENBACH
                                                          UNITED STATES MAGISTRATE JUDGE