\*
BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KARL MITCHELL, an individual and KAYLA MITCHELL, an individual, | Case No.: 2:20-cv-00086-APG-VCF |
| Plaintiffs, | **NOTICE OF INTENT TO MAINTAIN CURRENT SCHEDULING ORDER (#37)** |
| vs. | |
| NYE COUNTY, a political subdivision of the State of Nevada, NYE COUNTY SHERIFF'S OFFICE, a municipal entity of Nye County, HARRY WILLIAMS, in his official capacity as an employee of Nye County, SUSAN RYHAL, in her official capacity as an employee of Nye County, SHARON WEHRLY, in her official capacity as an employee of Nye County, and DOES 1-10, | |
| Defendants. _____/ | |

COMES NOW, Defendants, NYE COUNTY, a political subdivision of the State of Nevada, along with HARRY WILLIAMS, SUSAN RYHAL, and SHARON WEHRLY in their official capacities (hereinafter "Nye County Defendants"), by and through their Attorneys of Record, ERICKSON, THORPE & SWAINSTON, LTD., and BRENT L. RYMAN, ESQ., and provide the following response to this Court's Order (#52) to file a new

1

1  proposed discovery plan and scheduling order. In that regard, since the Court's Order (#50)
2  to stay discovery pending disposition of Defendant's Motion to Dismiss was in place for less
3  than a week, the parties have conferred and agree the prior Stipulated Discovery Plan and
4  Scheduling Order (#37) should remain in place. Therefore, for the sake of simplicity and
5  judicial economy, the parties respectfully request that the current Discovery Plan and
6  Scheduling Order (#37), entered March 27, 2020, remain in place.

7  DATED this 10th day of June, 2020.

8  ERICKSON, THORPE & SWAINSTON, LTD.

10  /s/ Brent L. Ryman
    BRENT L. RYMAN, ESQ. (#008648)
11  ERICKSON, THORPE & SWAINSTON, LTD.
    99 West Arroyo Street
12  P.O. Box 3559
    Reno, Nevada 89505
13  Telephone: (775) 786-3930
    *Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 6-12-2020

**CERTIFICATE OF SERVICE**

Pursuant to FRCP Rule 5, I certify that I am an employee of ERICKSON, THORPE & SWAINSTON, LTD. and that on this day I caused to be served a true and correct copy of the attached document by:

- ☐ U.S. Mail
- ☐ Facsimile Transmission
- ☐ Personal Service
- ☐ Messenger Service
- ☒ CMECF

addressed to the following:

*Arlette P. Newvine, Esq.*
*P.O. Box 6377*
*Pahrump, Nevada 89041*
*anewvine@newvinelaw.com*

DATED this 10th day of June, 2020.

                /s/ Brent Ryman
                Brent Ryman

ERICKSON, THORPE & SWAINSTON, LTD.