# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| KARL MITCHELL, an individual and KAYLA MITCHELL, an individual, | |
| Plaintiff, | 2:20-cv-00086-APG-VCF |
| vs. | **ORDER** |
| NYE COUNTY, NEVADA, a political subdivision of the State of Nevada, NYE COUNTY SHERIFF'S OFFICE, a municipal entity of Nye County, HARRY WILLIAMS, in his official capacity as an employee of Nye County, SUSAN RYHAL, in her official capacity as an employee of Nye County SHARON WEHRLY, in her official capacity as an employee of Nye County, and DOES 1-10, | |
| Defendant. | |

Before the Court is Plaintiffs' Motion for Leave to Amend the Complaint (ECF NO. 55).

Defendants filed a response stating that they do not oppose the request for leave to amend. (ECF NO. 56).

Accordingly,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to Amend the Complaint (ECF NO. 55) is GRANTED.

Plaintiffs must file the amended complaint on or before September 21, 2020.

IT IS FURTHER ORDERED that the parties must file a new discovery plan and scheduling order on or before October 15, 2020.

DATED this 14th day of September, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE