**SAO**
Arlette P Newvine, Esq.
Nevada Bar No. 14613
Newvine Law, LLC
**2360 E. Commercial Drive**
**Pahrump, Nevada 89048**
Telephone: (775) 751-3585
anewvine@newvinelaw.com

The undersigned does hereby affirm that this document does not contain the social security number of any person.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KARL MITCHELL and KAYLA MITCHELL,<br><br>Plaintiffs,<br><br>vs.<br><br>NYE COUNTY, NEVADA, a political subdivision of the State of Nevada, HARRY WILLIAMS, in his individual and official capacity as an employee of Nye County, SUSAN RYHAL, in her individual and official capacity as an employee of Nye County, SHARON WEHRLY, in her individual and official capacity as an employee of Nye County, ZUZANA KUKOL, an individual and Nye County Agent capacity, SCOTT SHOEMAKER, an individual and Nye County Agent capacity, DOES 1-10,<br><br>    Defendants. | Case No:   2:20-cv-00086-APG-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties herein, through counsel, ARLETTE P NEWVINE, ESQ., of NEWVINE LAW, representing Plaintiffs, BRENT RYMAN, ESQ., of ERICKSON, THORPE & SWAINSTON, LTD, representing Nye

County et al, and Wade M. Hansard of McCormick, Barstow, Sheppard, Wayte & Carruth LLP, representing the newly added Defendants that the parties hereby agree and stipulate to the following with regard to the deadline for the Stipulated Joint Discovery Plan and Scheduling Order:

IT IS STIPULATED AND AGREED that the Stipulated Joint Discovery Plan and Scheduling Order was due on December 11, 2020.

IT IS STIPULATED AND AGREED that the New Party Defendants filed a Motion to Dismiss the Amended Claims including additional Defendants on or about December 4, 2020 wherein responses are due by December 18, 2020 and the CM/ECF docket indicated a new Discovery Plan/Scheduling Order is due by January 18, 2021.

IT IS STIPULATED AND AGREED that this is the First Stipulation for an Extension of Time concerning a stipulated Scheduling Order, and that all parties wish to have the new Discovery Plan/Scheduling Order be due by January 18, 2021, or another time set by this Court in consideration of the time it may take to rule on said Motion to Dismiss.

DATED this 15 day of December, 2020.

| SUBMITTED BY: | Reviewed and Approved by: |
|---|---|
| /s/Arlette Newvine<br>ARLETTE P NEWVINE, ESQ.<br>NEWVINE LAW, LLC<br>Nevada Bar Number 14613<br>2360 E Commercial Dr<br>Pahrump, NV 89048<br>Attorney for Plaintiff | /s/Brent Ryan<br>BRENT RYMAN, ESQ.<br>ERICKSON, THORPE & SWAINSTON, LTD,<br>Attorney for Nye County Defendants et al, |
| | Reviewed and Approved by:<br><br>/s/Wade Handard<br>WADE HANSARD, ESQ.<br>McCormick, Barstow, Sheppard, Wayte & Carruth LLP<br>Attorney for Shoemaker and Kukol |

**ORDER**

Based upon the foregoing Stipulation of the Parties and good cause appearing therefore, **IT IS HEREBY ORDERED** that the new Discovery Plan/Scheduling Order be due on or before January 18, 2021.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12-16-2020

# CERTIFICATE OF MAILING

I DO HEREBY CERTIFY that service of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** was made this 15 day of December, 2020 electronically by filing with the CM/ECF website and service to:

Brent Ryman, Esq.
Erickson, Thorpe & Swainston, Ltd.
PO Box 3559
Reno, NV 89505
*Attorney for Defendant,*
*Nye County, Nevada*
bryman@etsreno.com

Wade M. Hansard
Nevada Bar No. 8104
Renee M. Maxfield
Nevada Bar No. 12814
Allison L. Rothgeb
Nevada Bar No. 14262
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
wade.hansard@mccormickbarstow.com,

/s/Arlette Newvine
Arlette P Newvine