McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Renee M. Maxfield
Nevada Bar No. 12814
  *renee.maxfield@mccormickbarstow.com*
Allison L. Rothgeb
Nevada Bar No. 14262
  *allison.rothgeb@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

Attorneys for ZUZANA KUKOL and SCOTT SHOEMAKER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| KARL MITCHELL, an individual and KAYLA MITCHELL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NYE COUNTY, NEVADA, a political subdivision of the State of Nevada, HARRY WILLIAMS, in his individual and official capacity as an employee of Nye County, SUSAN RYHAL, in her individual and official capacity as an employee of Nye County, SHARON WEHRLY, in her individual and official capacity as an employee of Nye County, ZUZANA KUKOL, an individual and Nye County Agent capacity, SCOTT SHOEMAKER, an individual and Nye County Agent capacity, DOES 1-10,<br><br>Defendants. | Case No. 2:20-cv-00086-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT (FIRST REQUEST)** |

IT IS HEREBY STIPULATED by Plaintiffs Karl and Kayla Mitchell and Defendants Zuzana Kukol and Scott Shoemaker, by and through their respective counsel of record, that Defendants Kukol and Shoemaker be granted an extension of time in which to file a response to Plaintiffs' Objection to Defendants Motion to Dismiss Amended Complaint and Special Motion to

Dismiss State Law Claims Under Anti-SLAPP Statute [Doc. 80] as well as a response to Plaintiff's Objection to Defendants Request for Judicial Notice [Doc. 81], which were both filed on December 18, 2020. The parties stipulate to extending the time for Defendants' response to January 4, 2021.

This is the first stipulation for extension of time to file Defendants' response.

DATED this 28th day of December, 2020

        McCORMICK, BARSTOW, SHEPPARD,
        WAYTE & CARRUTH LLP

        By    */s/ Wade M. Hansard*
              Wade M. Hansard
              Nevada Bar No. 8104
              Renee M. Maxfield
              Nevada Bar No. 12814
              Allison L. Rothgeb
              Nevada Bar No. 14262
              8337 West Sunset Road, Suite 350
              Las Vegas, Nevada 89113
              Tel. (702) 949-1100

        Attorneys for ZUZANA KUKOL and SCOTT SHOEMAKER

DATED this 28th day of December, 2020

        NEWVINE LAW, LLC

        By    */s/ Arlette P. Newvine*
              Arlette P. Newvine,
              Nevada Bar No. 14613
              2630 E. Commercial Drive
              Pahrump, NV 89048
              Telephone: (775) 771-3585

        Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED this 28th day of December, 2020

        By    _____
              UNITED STATES DISTRICT JUDGE

7310082.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of December, 2020, a true and correct copy of **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT (FIRST REQUEST)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Cheryl A. Schneider*
Cheryl A. Schneider, an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP