**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| KARL MITCHELL and KAYLA MITCHELL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NYE COUNTY, NEVADA, a political subdivision of the State of Nevada, HARRY WILLIAMS, in his individual and official capacity as an employee of Nye County, SUSAN RYHAL, in her individual and official capacity as an employee of Nye County, SHARON WEHRLY, in her individual and official capacity as an employee of Nye County, ZUZANA KUKOL, an individual and Nye County Agent capacity, SCOTT SHOEMAKER, an individual and Nye County Agent capacity, DOES 1-10,<br><br>　　　　　　Defendants. | 2:20-cv-00086-APG-VCF<br><br>**ORDER** |

Before the Court is the [Second] Stipulation And Order To Continue Deadline For Stipulated Discovery Plan And Scheduling Order (ECF No. 88).

Accordingly,

IT IS HEREBY ORDERED that a video conference hearing is scheduled for 10:00 AM, January 26, 2021, on the [Second] Stipulation And Order To Continue Deadline For Stipulated Discovery Plan And Scheduling Order (ECF No. 88).

IT IS FURTHER ORDERED that counsel/the parties must email Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, January 25, 2021.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR THE VIDEO CONFERENCE

1   Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing
2   to the participants email provided to the Court.
3   • Log on to the call ten (10) minutes prior to the hearing time.
4   • Mute your sound prior to entering the hearing.
5   • Do not talk over one another.
6   • State your name prior to speaking for the record.
7   • Do not have others in the video screen or moving in the background.
8   • No recording of the hearing.
9   • No forwarding of any video conference invitations.
10  • Unauthorized users on the video conference will be removed.

12  DATED this 14th day of January, 2021.

                                              _____
                                              CAM FERENBACH
                                              UNITED STATES MAGISTRATE JUDGE