**SAO**
Arlette P Newvine, Esq.
Nevada Bar No. 14613
Newvine Law, LLC
**2360 E. Commercial Drive**
**Pahrump, Nevada 89048**
Telephone: (775) 751-3585
anewvine@newvinelaw.com

The undersigned does hereby affirm that this document does not contain the social security number of any person.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KARL MITCHELL and KAYLA MITCHELL,<br><br>Plaintiffs,<br><br>vs.<br><br>NYE COUNTY, NEVADA, a political subdivision of the State of Nevada, HARRY WILLIAMS, in his individual and official capacity as an employee of Nye County, SUSAN RYHAL, in her individual and official capacity as an employee of Nye County, SHARON WEHRLY, in her individual and official capacity as an employee of Nye County, ZUZANA KUKOL, an individual and Nye County Agent capacity, SCOTT SHOEMAKER, an individual and Nye County Agent capacity, DOES 1-10,<br><br>    Defendants. | Case No:  2:20-cv-00086-APG-VCF<br><br>**[FIRST] STIPULATION AND ORDER TO CONTINUE JANUARY 26, 2021 HEARING ON THE SECOND STIPULATION TO CONTINUE DISCOVERY PLAN AND SCHEDULING ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties herein, through counsel, ARLETTE P NEWVINE, ESQ., of NEWVINE LAW, representing Plaintiffs, BRENT RYMAN, ESQ., of ERICKSON, THORPE & SWAINSTON, LTD, representing Nye

1

County et al, and Wade M. Hansard of McCormick, Barstow, Sheppard, Wayte & Carruth LLP, representing the newly added Defendants that the parties hereby agree and stipulate to the following with regard to the January 26, 2021 10:00a.m. hearing on the Parties' Second Request for a Continuance on the Stipulated Joint Discovery Plan and Scheduling Order:

IT IS STIPULATED AND AGREED that a hearing on the Parties' Second Stipulation to Continue the deadline for the Joint Discovery Plan and Scheduling Order is currently scheduled for Video-Hearing on January 26, 2021 at 10:00am.

IT IS STIPULATED AND AGREED that Attorney for Plaintiff has a conflicting Motion to Dismiss hearing for the same date and time in a matter which has already been continued in the Fifth Judicial District Court, County of Nye, State of Nevada.

IT IS STIPULATED AND AGREED that Counsel for all Parties have conferred upon the following availability for a hearing on this matter, should the Court be amenable to a continuance: January 25, 2021 in the afternoon; January 27, 2021 all day, or January 28th, 2021 all day, or anytime thereafter this Court shall set.

///
///
///
///
///
///
///
///
///

IT IS STIPULATED AND AGREED that this continuance request on the Hearing regarding the Second Stipulation and Order promotes judicial efficiency, and this litigation will not be prejudiced by the continuance requested.

DATED this 20 day of January, 2021.

| SUBMITTED BY: | Reviewed and Approved by: |
|---|---|
| /s/Arlette Newvine<br>ARLETTE P NEWVINE, ESQ.<br>NEWVINE LAW, LLC<br>Nevada Bar Number 14613<br>2360 E Commercial Dr<br>Pahrump, NV 89048<br>Attorney for Plaintiff | /s/Brent Ryan<br>BRENT RYMAN, ESQ.<br>ERICKSON, THORPE & SWAINSTON, LTD<br>Attorney for Nye County Defendants et al,<br><br>Reviewed and Approved by:<br><br>/s/Wade Handard<br>WADE HANSARD, ESQ.<br>McCORMICK, BARSTOW, SHEPPARD,<br>WAYTE & CARRUTH LLP<br>Attorney for Shoemaker and Kukol |

### ORDER

Based upon the foregoing Stipulation of the Parties and good cause appearing therefore, **IT IS HEREBY ORDERED** that the video hearing scheduled for January 26th, 2021 at 10:00am is hereby VACATED.

**IT IS HEREBY ORDERED** that a Video Hearing on the Parties' Second Stipulation to extend time to file a Stipulated Discovery Plan and Scheduling Order is hereby scheduled for the 28th day of January, 2021 at 3:00 p.m.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1-20-2021

# CERTIFICATE OF MAILING

I DO HEREBY CERTIFY that service of the foregoing **FIRST] STIPULATION AND ORDER TO CONTINUE JANUARY 26, 2021 HEARING ON THE SECOND STIPULATION TO CONTINUE DISCOVERY PLAN AND SCHEDULING ORDER** was made this 20 day of January, 2021 electronically by filing with the CM/ECF website and service to:

Brent Ryman, Esq.
Erickson, Thorpe & Swainston, Ltd.
PO Box 3559
Reno, NV 89505
*Attorney for Defendant,*
*Nye County, Nevada*
bryman@etsreno.com

Wade M. Hansard
Nevada Bar No. 8104
Renee M. Maxfield
Nevada Bar No. 12814
Allison L. Rothgeb
Nevada Bar No. 14262
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
wade.hansard@mccormickbarstow.com,

/s/Arlette Newvine
Arlette P Newvine