McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Michael R. Merritt
Nevada Bar No. 5720
  *michael.merritt@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

Attorneys for ZUZANA KUKOL and SCOTT SHOEMAKER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| KARL MITCHELL, an individual and KAYLA MITCHELL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NYE COUNTY, NEVADA, a political subdivision of the State of Nevada, HARRY WILLIAMS, in his individual and official capacity as an employee of Nye County, SUSAN RYHAL, in her individual and official capacity as an employee of Nye County, SHARON WEHRLY, in her individual and official capacity as an employee of Nye County, ZUZANA KUKOL, an individual and Nye County Agent capacity, SCOTT SHOEMAKER, an individual and Nye County Agent capacity, DOES 1-10,<br><br>Defendants. | Case No. 2:20-cv-00086-APG-VCF<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE REGARDING DEFENDANTS ZUZANA KUKOL AND SCOTT SHOEMAKER** |

The Court having considered Defendant's ZUZANA KUKOL and SCOTT SHOEMAKER's Request for Entry of Dismissal with Prejudice Regarding Defendants Zuzana Kukol and Scott Shoemaker; and having previously granted Defendants' Motion; and having given the Plaintiffs until December 17, 2021 to file an Amended Complaint correcting the identified deficiencies if facts existed to do so; and further having advised Plaintiffs that failure to file an

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Case No. 2:20-cv-00086-APG-VCF

ORDER GRANTING DISMISSAL WITH PREJUDICE REGARDING DEFENDANTS ZUZANA KUKOL AND SCOTT SHOEMAKER

Amended Complaint by said date would result in dismissal with prejudice of the claims that it had dismissed without prejudice; and finding that no such Amended Complaint having been filed and no good cause being shown for failure to do so, hereby states:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:** that Dismissal with Prejudice Regarding the Claims against Defendants Zuzana Kukol and Scott Shoemaker is hereby entered.

DATED: April 5, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

2                                    Case No. 2:20-cv-00086-APG-VCF
ORDER GRANTING DISMISSAL WITH PREJUDICE REGARDING DEFENDANTS ZUZANA KUKOL AND SCOTT SHOEMAKER